# EXHIBIT 1

 **OpenLoop**

P.O. Box 989728
West Sacramento, CA 95798-9728


1020_231284

Theodore Bartolo

████████████████

‖₁‖₁‖|||₁‖‖|‖₁₁₁₁|‖₁|₁₁‖|₁|₁‖₁₁‖|₁|₁₁‖₁‖|₁₁₁‖₁‖|₁ᴎ₁‖|||

March 17, 2026

### Notice of Data Incident

OpenLoop Health, Inc. ("OpenLoop") powers and provides telemedicine platforms that are made available through other companies. You are receiving this notice because OpenLoop was the victim of a recent security incident that involved certain of your personal information.

**WHAT HAPPENED.** On January 7, 2026, OpenLoop learned that an unauthorized third party had gained access to certain OpenLoop systems and removed certain information. Upon discovery, OpenLoop, with the assistance of external cybersecurity specialists, launched an investigation to determine the nature and scope of the incident and to confirm that the unauthorized access had been terminated. The investigation determined that the unauthorized access occurred from January 7 to January 8, 2026.

**WHAT INFORMATION WAS INVOLVED.** Through the investigation, we have determined that the information involved in this incident included your Name, Contact Information, Date of Birth. This incident did not involve access to your electronic health record, Social Security number, or financial account information.

**WHAT WE ARE DOING.** OpenLoop promptly investigated the incident and terminated the unauthorized access. We coordinated with federal law enforcement regarding the incident and have deployed additional controls. OpenLoop continues to enhance its security posture to help mitigate the risk of similar incidents in the future.

**WHAT YOU CAN DO.** We are not aware of any misuse of your personal information. However, consistent with certain laws, we are providing you with the enclosed information, *"Steps You Can Take to Help Protect Your Information."*

As a precaution, we have arranged for you, at your option, to enroll in a complimentary one-year identity and credit monitoring service, provided by IDX. Your identity monitoring services include credit monitoring, fraud consultation, and identity restoration services.

Visit https://response.idx.us/OpenLoop or call 1-844-539-9781 to activate and take advantage of your identity monitoring services.

You have until June 17, 2026 to activate your identity monitoring services.
Membership Number: ███████████

This code is unique for your use and should not be shared.

*STATE-SPECIFIC INFORMATION*

*IF YOU ARE A DISTRICT OF COLUMBIA RESIDENT:* You may obtain information about avoiding identity theft from the FTC or the District of Columbia Attorney General's Office. These offices can be reached at:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
(877) IDTHEFT (438-4338)
http://www.ftc.gov/idtheft/

Office of the Attorney General
441 4th Street, NW
Suite 1100 South
Washington, DC 20001
(202) 727-3400
https://oag.dc.gov/

*IF YOU ARE AN IOWA RESIDENT: You* may contact local law enforcement or the Iowa Attorney General's Office to report suspected incidents of identity theft.

Office of the Attorney General of Iowa
Consumer Protection Division
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA 50319
(515) 281-5926
http://www.iowaattorneygeneral.gov/

*IF YOU ARE A MARYLAND RESIDENT:* You may obtain information about avoiding identity theft from the FTC or the Maryland Attorney General's Office. These offices can be reached at:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
(877) IDTHEFT (438-4338)
http://www.ftc.gov/idtheft/

Office of the Attorney General
Consumer Protection Division
200 St. Paul Place
Baltimore, MD 21202
(888) 743-0023
https://www.marylandattorneygeneral.gov/

*IF YOU ARE A NEW YORK RESIDENT:* You may obtain information about security breach response and identity theft prevention and protection from the FTC or from the following New York state agencies:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
(877) IDTHEFT (438-4338)
www.consumer.gov/idtheft

New York Attorney General
The Capitol
Albany, NY 12224
(800) 771-7755
www.ag.ny.gov

New York Department of State
Division of Consumer Protection
99 Washington Avenue
Suite 650
Albany, New York 12231
(800) 697-1220
www.dos.ny.gov

*IF YOU ARE A NORTH CAROLINA RESIDENT: You* may obtain information about preventing identity theft from the FTC or the North Carolina Attorney General's Office. These offices can be reached at:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
(877) IDTHEFT (438-4338)
www.consumer.gov/idtheft

North Carolina Department of Justice
Attorney General Josh Stein
9001 Mail Service Center
Raleigh, NC 27699-9001
(877) 566-7226
http://www.ncdoj.com

*IF YOU ARE A RHODE ISLAND RESIDENT:* We have determined that the incident involved approximately 2,200 Rhode Island residents. You may contact state or local law enforcement to determine whether you can file or obtain a police report relating to this incident. In addition, you can contact the Rhode Island Attorney General at:

Office of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
http://www.riag.ri.gov/